■ LOUIS TENENBAUM, Petitioner, v JACKSON SURREY Co. et al., Respondents. — Proceeding pursuant to Executive Law § 298 to review an order of the State Division of Human Rights, *dated* June 17, 1983, which, following a hearing after remand, determined that there was no probable cause to believe that respondent Jackson Surrey Co. was guilty of an unlawful discriminatory practice relating to employment, based on age.

Order confirmed and proceeding dismissed, without costs or disbursements.

The determination by the State Division of Human Rights is supported by substantial evidence on the record considered as a whole and was not arbitrary, capricious or an abuse of discretion (*see,* Executive Law § 298; *State Off. of Drug Abuse Servs. v State Human Rights Appeal Bd.,* 48 NY2d 276, 284; *Matter of Board of Educ. v New York State Div. of Human Rights [Burns],* 56 NY2d 257, 261; *Matter of Hickman v Roslyn Air Natl. Guard,* 99 AD2d 837). Mangano, J. P., Gibbons, Bracken and Kunzeman, JJ., concur.